NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1627

LASHONDA VAUGHN AND DANNY VAUGHN

VERSUS

FARM BUREAU INSURANCE COMPANY, ET AL.

**********
APPEAL FROM THE
TENTH JUDICIAL DISTRICT COURT
PARISH OF NATCHITOCHES, NO. 72,000
HONORABLE PEYTON CUNNINGHAM, DISTRICT JUDGE

**********
ULYSSES GENE THIBODEAUX
CHIEF JUDGE
**********

Court composed of Ulysses Gene Thibodeaux, C.J., Sylvia R. Cooks, and Oswald A. Decuir, Judges.

DECUIR, J., DISSENTS AND ASSIGNS REASONS.

AFFIRMED.

Edward Larvadain, Jr.
Edward Larvadain, Jr. & Associates
626 Eighth Street
Alexandria, LA 71301
Telephone:  (318) 445-6717
COUNSEL FOR:
     Plaintiffs/Appellees - Lashonda Vaughn and Danny Vaughn

Payne Williams
Williams Family Law Firm, L.L.C.
P. O. Box 15
Natchitoches, LA 71458-0015
Telephone:  (318) 352-6695
COUNSEL FOR:
     Defendants/Appellants - Farm Bureau Insurance Company and Grant
     Properties, LLC